**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                              CASE NO.:  3:08-cr-16-J-32HTS

ANDREW PAUL CHOPRA
_____

### O R D E R

The Request for Leave to File Dismissal (Doc. #45) is **GRANTED.** Accordingly, the Indictment (Doc. #1) is hereby **DISMISSED.**

**DONE AND ORDERED** at Jacksonville, Florida, this 14th day of May, 2008.

/s/          Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
    and pro se parties, if any